Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
                        (State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**     Vinmak RE Holdings 11, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   3143 Independence Dr.
   Number   Street

   Livermore          CA   94551
   City               State  ZIP Code

   Alameda County
   County

   **Mailing address, if different from principal place of business**

   2600 Kittyhawk Rd. #107
   Number   Street

   P.O. Box

   Livermore          CA   94551
   City               State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   6863 Treble Clef Avenue
   Number   Street

   Las Vegas, NV              89139
   City               State   ZIP Code

5. **Debtor's website (URL)**    None

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor  Vinmak RE Holdings 11, LLC                Case number (if known)_____
        Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  Vinmak RE Holdings 11, LLC                                      Case number (if known) _____
        Name

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No
    ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                          MM / DD / YYYY
            District _____  When ___/___/_____  Case number _____
                                          MM / DD / YYYY

    If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When ___/___/_____
                                                        MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number  Street

                              _____
                              City                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Vinmak RE Holdings 11, LLC       Case number (if known)

Name and address of recipient

70.2
Name

Street

City            State      ZIP Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☑ No
☐ Yes. Identify below.

Name of the parent corporation        Employer Identification number of the parent corporation
                                      EIN:

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☑ No
☐ Yes. Identify below.

Name of the pension fund              Employer Identification number of the pension fund
                                      EIN:

### Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/10/2021
              MM / DD / YYYY

X /s/Eric Mederos                     Printed name  Eric Mederos, President/Manager
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager/President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor  Vinmak Re Holdings 11, LLC    Case number (if known) _____

18. **Signature of attorney**   ✗ _/s/ Ryan Wood_    Date  02 / 10 / 2021
                                  Signature of attorney for debtor           MM / DD / YYYY

Rryan C. Wood (SBN 249048)
Printed name
Law Offices of Ryan C. Wood, Inc.
Firm name
611        Veterans Blvd. Ste. 218
Number   Street
Redwood City                               CA          94063
City                                       State       ZIP Code

650-366-4858                               ryan@westcoastbk.com
Contact phone                              Email address

249048                                     CA
Bar number                                 State

# United States Bankruptcy Court
## Northern District of California

In re: Vinmak RE Holdings 11, LLC
Debtor(s)

Case No. _____
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, <u>Eric Mederos</u>, declare under penalty of perjury that I am the <u>Manager/President of Vinmak RE Holdings 11, LLC</u>, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **10th** day of **February**, **2021**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 13 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Eric Mederos, Manager/President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **13** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Eric Mederos, Manager/President**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Eric Mederos, Manager/President**, of this Corporation is authorized and directed to employ **Ryan C. Wood 249048**, attorney and the law firm of **Law Offices of Ryan C. Wood, Inc.** to represent the corporation in such bankruptcy case."

Date: **February 10, 2021**

Signed: /s/Eric Mederos, Manager/President
Eric Mederos

# Resolution of Board of Directors
## of

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 13 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Eric Mederos, Manager/President**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 13 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Eric Mederos, Manager/President**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Eric Mederos, Manager/President**, of this Corporation is authorized and directed to employ **Ryan C. Wood 249048**, attorney and the law firm of **Law Offices of Ryan C. Wood, Inc.** to represent the corporation in such bankruptcy case.

Date **February 10, 2021**     Signed /s/Eric Mederos, Manager, President
                                      Eric Mederos

Date _____    Signed _____

Ryan C. Wood (State Bar No. 249048)
Law Offices of Ryan C. Wood, Inc.
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No.: |
| | ) |
| Vinmak RE Holdings 11, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) CORPORATE OWNERSHIP STATEMENT |
| | ) (RULE 7007.1) |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Vinmak RE Holdings 11, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or governmental unit, that directly or indirectly owns (10%) or more of any class of the corporations' equity interests, or states that there are no entities to report under FRBP 7007.1.

<u>XX</u> None

Date: February 10, 2021                                  /s/Ryan Wood
                                                         Ryan C. Wood, SBN 249048
                                                         Law Offices of Ryan C. Wood, Inc.

**Fill in this information to identify the case:**

Debtor name: Vinmak RE Holdings 11, LLC

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Savings Bank 201 N. Third Street Beresford, SD 57004 | 1-888-263-3370 | Mortgage | | | | |
| 2 | Nevada Trust Deed Services 10161 Park Run Dr. Ste. 150 Las Vegas, NV 89145 | 1-702-733-9900 | | | | | |
| 3 | Clark County Treasurer 500 S. Grand Central Pkwy. Las Vegas, NV 89155 | 1-702-455-4323 | Property Tax | | | | |
| 4 | Clark County Water Distr. 5857 E. Flamingo Rd. Las Vegas, NV 89122 | 1-702-870-4194 | Utiuility | | | | |
| 5 | Coronado Ranch HOA c/o Redrock Financial Services 770 E. Warm Springs Rd. #320 Las Vegas, NV 89119 | 1-702-932-6887 | HOA Dues | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Clark County Treasurer
500 S. Grand Central Pkwy.
P.O. Box 551220
Las Vegas, NV 89155


Clark County Water Reclamation District
5857 E Flamingo Rd.
Las Vegas, NV 89122


Coronado Ranch HOA
c/o Red Rock Financial Services
770 E. Warm Springs
Las Vegas, NV 89119


First Savings Bank
Custodian for The Robert J. Klein Ira
9904763 and Lisa Klein Ira 9903864
201 North Third Street
Beresford, SD 57004


Franchise Tax Board
PIT Bankruptcy MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Nevada Trust Deed Services
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145